UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br>*Fitz et al. v. Monsanto Co.*,<br>3:21-cv-03580-VC | **ORDER RE: INCORRECTLY FILED MOTION**<br>Dkt. No. 13 |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case.

The motion filed at the above docket number is being terminated. If the document is refiled in accordance with Pretrial Order No. 1, the Court will consider the filing.

**IT IS SO ORDERED.**

Dated: November 6, 2023

_____
VINCE CHHABRIA
United States District Judge